**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
|  |  |
|---|---|
| TRANSWORLD SYTEMS, INC., | \* |
| Plaintiff, | \* Case No. 18-207 C |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
Feb 9 2018
U.S. COURT OF
FEDERAL CLAIMS

**RULE 7.1 DISCLOSURE**

Plaintiff, Transworld Systems, Inc. ("TSI"), is a wholly-owned subsidiary of Aston Acquisition Corp. Additionally, no publicly traded company owns 10% or more of TSI's stock.

Dated:  February 9, 2018          Respectfully submitted,

 s/Paul A. Debolt
Paul A. Debolt
Michael T. Francel
Chelsea B. Knudson
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-8384 (Telephone)
(202) 344-8300 (Facsimile)

James Y. Boland
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, Virginia  22182
(703) 760-1997 (Telephone)
(703) 821-8949 (Facsimile)

*Counsel for Transworld Systems, Inc.*